# MINUTE ORDER

Page 3

## Magistrate Judge Melissa Damian

**Atkins Building Courthouse - 5th Floor**          Date: 10/12/23     Time: 1:30 p.m.

Defendant:  JAMES KORNHAUSER (SURR)   J#: _____   Case #:  23-20377-CR-BLOOM

AUSA: _Audrey Pence Tomanelli_     Attorney:  BRETT SCHWARTZ (RETAINED)

Violation:  POSSESSION OF CHILD PORNOGRAPHY

                                                 Surr/Arrest Date: 10/12/23     YOB:

Proceeding:  Initial Appearance                              CJA Appt: _____

Bond/PTD Held: ⌐ Yes  ⌐ No      Recommended Bond: _____

Bond Set at:  **$150K PSB**                         Co-signed by: _____

☑ Surrender and/or do not obtain passports/travel docs

Language: **English**

☑ Report to PTS as _directed_/or _____ x's a week/month by
   phone: _____ x's a week/month in person

☑ Random urine testing by Pretrial
   Services
   Treatment as deemed necessary

☑ Refrain from excessive use of alcohol

☑ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☑ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments  w/ GPS monitor

☑ Home Confinement/Electronic Monitoring and/or
   Curfew _____ pm to _____ am, paid by _defendant_

☑ Allowances: _Medical needs, court appearances, attorney visits,_
   _religious, employment_ and any other w/ PTS approval

☑ Travel extended to:  S/D of GA & SD of  FL

☑ Other: Adam Walsh & all additional sex offender
                                                      conditions

Disposition:
-Advised of rights & charges
- Sworn

The court adopts bond from
S/D of GA w/ addt'l conditions

Defendant Arraigned
~~Reading of Indictment Waived~~ ✓
Not Guilty plea entered ✓
~~Jury trial demanded~~ ✓
~~Standing Discovery Order requested.~~ ✓
Defendant released.

Brady Order given
Time from today to _____ excluded
from Speedy Trial Clock

NEXT COURT APPEARANCE   Date: _____   Time: _____   Judge: _____   Place: _____

Report RE Counsel: ✱ Added 3rd party custodian + computer search

PTD/Bond Hearing: ✱ Requested email & internet — Court stated that

Prelim/Arraign or Removal: USPO may have the discretion to allow, Gov't objects

Status Conference RE: _____

D.A.R. 13:49:46 / 14:01:02 / 14:30:55          Time in Court:  23 mins

s/Melissa Damian                                Magistrate Judge

✱ see PTS report conditions attached

PS3 (12/05-Rev. for PACTS 6/11)                                    James Tucker Kornhauser, / 23-20377-Cr-Bloom

## RECOMMENDATION:

To reasonably assure the defendant's appearance and the safety of the community, I respectfully recommend the defendant be released on a personal surety bond co-signed by his parents Kristie and Richard Kornhauser. In addition to the Mandatory Adam Walsh conditions, the additional special conditions of bond are as recommended:

1. Report to the U.S. Pretrial Services as directed;
2. Surrender all passports and travel documents, if any, to the Pretrial Services and not obtain any travel documents during the pendency of the case;
3. Submit to substance abuse testing and/or treatment, contribute to the cost of services rendered based on ability to pay, as determined by the U.S. Probation Officer;
4. Refrain from the excessive use of alcohol, or any use of narcotic drug or other controlled substance as defined in section 102 of the Controlled Substances Act (21 U.S.C. ' 802), without a prescription by a licensed medical practitioner;
5. Participate in a mental health assessment and/or treatment and contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Officer;
6. Refrain from possessing a firearm, destructive device or other dangerous weapons and shall surrender (if any), their concealed weapons permit to the U.S. Probation Officer;
7. None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any real property they own until the bond is discharged, or otherwise modified by the Court;
8. Participate in the location monitoring program, home detention with GPS, paid by the defendant based on his ability to pay with allowances to leave the residence for medical, court appearances, attorney visits, employment, religious or any other leave as approved by Pretrial Services.
9. May travel to and from the Southern District of Florida for court and the Southern District of Georgia to reside and must notify the Pretrial Services Unit of travel plans before leaving and upon return.
10. Defendant may not have contact with victim(s), or any child under the age of 18, unless approved by the Court or allowed by the U.S. Probation Officer.
11. The defendant shall not possess or use any data encryption technique or program and shall provide passwords and administrative rights to the U.S. Probation Officer.
12. Defendant shall participate in specialized sex offender evaluation and treatment, if necessary, and to contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Office.
13. Defendant shall not possess, procure, purchase, or otherwise obtain any internet capable device and/or computer. Additionally, the defendant is prohibited from using another individual's computer or device that has internet capability.
14. Defendant is prohibited from establishing or maintaining any email account or social media account. Additionally, the defendant is prohibited from using another individual's email account or social media account. Must provide monthly or upon request, personal phone, and credit card billings to Pretrial Services to confirm there are no services with any internet services provider.
15. Defendant is not permitted to enter places where children congregate including, but not limited to any play areas, playgrounds, libraries, children-themed restaurants, daycares, schools, amusement parks, carnivals/fairs, unless approved by the U.S. Probation Officer.
16. The defendant shall not be involved in any children's or youth organizations.
17. Defendant is prohibited from viewing, owning, or possessing any obscene, pornographic, or sexually stimulating visual or auditory material, including telephone, electronic media, computer programs, or computer services.

PS3 (12/05-Rev. for PACTS 6/11)                                    James Tucker Kornhauser, / 23-20377-Cr-Bloom

18. The defendant shall participate in a maintenance polygraph examination to periodically investigate the defendant's compliance. The polygraph examination shall specifically address only the defendant's compliance or non-compliance with the special conditions of release and shall not inquire into the facts of the pending criminal case against the defendant. The defendant will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third-party payment.

19. The defendant shall submit his person, property, residence, vehicle, papers, computers, (as defined in 18 U.S.C. 1030(e)(1)), other electronic communication or data storage devices or media, or office, to a search conducted by a United States Probation Officer.  The defendant must warn any other occupants that the premises may be subject to searches pursuant to this condition.  Any search must be conducted at a reasonable time and in a reasonable manner.