UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-20377-BLOOM

UNITED STATES OF AMERICA

v.

JAMES TUCKER KORNHAUSER,

    Defendant.
_____/

## FACTUAL PROFFER

The United States of America (the "United States") and the defendant James Tucker Kornhauser (the "Defendant"), through undersigned counsel stipulate that had this case gone to trial, the United States would have proven beyond a reasonable doubt the following facts, among others, which occurred in the Southern District of Florida and elsewhere:

1. Between August 16, 2019, and September 22, 2019, law enforcement received four (4) CyberTips from the National Center for Missing and Exploited Children (NCMEC) that an individual had uploaded suspected images of child sexual abuse materials (CSAM). Each CyberTip was associated with the same IP address.

2. Subpoena returns for the IP address confirmed that the IP address was associated with a residence in Miami Beach, Florida ("the Residence"). The Defendant resided at this Residence.

3. On November 13, 2019, law enforcement arrived at the Residence and encountered the Defendant, who was present on scene. The Defendant provided law enforcement with consent to search his computer which was found in the Residence.

4. On the Defendant's computer, law enforcement discovered at least five hundred

(500) images of child pornography, including two (2) videos depicting sexually explicit conduct involving prepubescent females. Law enforcement also located numerous images of child erotica and animated child pornography images on a cellular device which belonged to the Defendant.

5. In a statement to law enforcement, the Defendant admitted to downloading child pornography from the Internet and acknowledged that he knew viewing images of child pornography was against the law.

6. Cell phones and the Internet are facilities and/or instrumentalities of interstate and foreign commerce.

The parties agree that these facts, which do not include all of the facts known to the United States and to the Defendant, are sufficient to prove the charges in the Indictment beyond a reasonable doubt.

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

Date: 3/6/24    By: _____
AUDREY PENCE TOMANELLI
ASSISTANT UNITED STATES ATTORNEY

Date: 3/6/24    By: _____
BRETT SCHWARTZ
ATTORNEY FOR DEFENDANT

Date: 3/6/24    By: _____
JAMES TUCKER KORNHAUSER
DEFENDANT