April 12, 2024

Honorable Beth Bloom
United States District Judge

Re: U.S.A. v. Tucker James Kornhauser
    Case No. 23-cr-20377-Bloom

Dear Judge Bloom:

    Our names are Barbara and Steven Kornhauser, and we are the aunt and uncle of Tucker James Kornhauser. We would like to take this opportunity to speak on behalf of Tucker and his family. Our purpose is to give you a vision through our eyes of the love this family has for each other, and the dedication they have in regard to Tucker and his future.

    We have witnessed the day to day commitment that has been abundantly offered in order to help Tucker live with his mental health challenges. The patience and diligence that the entire family has shown and their devotion to Tucker's health, both emotional and physical is something that we would hope every parent and sibling would show to a family member. We are aware of the challenges Tucker is facing in regard to his pending criminal court matter, and know that, just as they have steadfastly spent their time devoted to the day to day care of their son and brother, we know that this will be something that will continue for the rest of Tucker's life.

    We would like to take a moment and just let you know that, even though Tucker has to deal with his emotional and mental health problems, he is a kind and gentle nephew who we are always so happy to see, and especially witness how he is surrounded by each member of his family.

    We hope you will take our statement into account, and ask for any consideration towards leniency that can be given to Tucker and this family, in order to keep them intact and able to look towards some sort of future healing.

    We thank you for your time in reading our thoughts.

Respectfully,

*Barbara Kornhauser*
*Steven Kornhauser*

Barbara and Steven Kornhauser

April 12, 2024

Honorable Beth Bloom, United States District Judge

RE: Tucker James Kornhauser   Case No 23-cr-20377-BLOOM

My sister and I are writing on behalf of our half-brother, Tucker Kornhauser.

My name is Nicole Kornhauser Dillon, I am 45, married and have three children. My sister, Natasha Kornhauser, is 41 and is the mother of three kids as well. We have been a part of Tucker's life since he was born 32 years ago.

We are aware that Tucker has pled guilty to one charge of possession of child pornography that happened in 2019. As mothers, we absolutely do not take this charge lightly—it's horrible. Despite Tucker's significant mental health issues (Schizophrenia, OCD, ADHD, Anxiety) we have never seen any indication that this is something we should worry about for our kids. Tucker is not someone that likes to be touched or hugged, by kids or adults. He is obvious about avoiding contact with other people, he pretty much keeps a 2-3 foot buffer zone around himself.

We know that during 2019 Tucker was very psychotic. Our dad and stepmom were with us in New York celebrating the first birthday of one of our kids when our other brother called to let them know how psychotic he was (this was around the time of the offense). They had to fly to Miami and have him put in the hospital that night. We have witnessed what they have done to try to get the right diagnosis for Tucker and then to try to keep him stable and have the best life he can have. We are all hoping that Tucker can have a stable life.

We watched as Tucker's mental illnesses changed him. As a kid, Tucker was a lot of fun, he was engaged, he had fun telling long funny stories but you could see how over time he became guarded and very unhappy. We have a large blended family that can get quite loud and even though there were some times when he even laughed and joked and participated in our family life, we understood when he had to go into a different room to quiet himself and get away from noise and people. After he finally got on the right medication, we saw that he became calmer. We were very impressed when he taught himself how to do digital and 3-D art and turned them into videos with music and posted them online.

We understand that Tucker has taken responsibility for the offense. We are hoping that you will take our thoughts into account and offer leniency and some way to continue treatment for his mental illnesses.

Sincerely,

Nicole Kornhauser Dillon
Natasha Kornhauser

4/12/24

To the Attention of The Honorable Beth Bloom
United States District Judge

Tucker James Kornhauser, character letter

Case # 23-cr-20377-Bloom

This is regarding Tucker James Kornhauser and my relationship with him and his family. Tucker is my nephew, from my brother Rick Kornhauser. As we are family, I have known him his entire life.

As my brother and his family have not always lived close, we did not get to see each other often. I can speak for my brother Rick Korhauser and his relationship with his children. He is and always has been closely involved with their care and made extra efforts to be involved in their daily lives.

His mother, Kristi, has always had a close relationship with her children. Tucker specifically. As parents, they have made all efforts to get Tucker the help he needs. If you review his history with mental health issues, it is clear he has struggled for many years.

Tucker has a supportive father and mother. I have been aware of their efforts to make sure their children are loved and cared for. With Tucker, his parents have been closely involved, monitoring Tuckers care. Once they were aware of the degree of his mental health issues, doctors and medication were obtained to get him the care he needs. I believe Tucker presented his issues to them directly at one point, and requested help.

My involvement with Tucker has been limited, as he has struggled with mental health and has kept himself distant. When we have encountered him, at family events he is always pleasant and makes every effort to be involved, even if that is difficult for him.

I am aware of his current circumstance and believe that this history shows his mental status at the time of the occurrence, to be much of the issue. It is understood these circumstances are not minor, but I believe that mental health is an issue that brings many negative results to the person's life.

With the current understanding of Tuckers mental health issues, correct medications are better able to be introduced. There is no question he has his family support to always help him through life.

Thank you for the opportunity to present this Insite for your review. My hope is that Tucker will get the care needed, along with the understanding of mental health. It is with these thoughts in mind, my hope is his sentencing be that which takes this into account.

Sincerely,
Edith Sauck  cn # 908-295-2887
31 Auble rd, Blairstown, NJ 07825

*Edith Sauck*