## Letter Details

# Mount Sinai
## MEDICAL CENTER

Jay and Jeanie Schottenstein Center for Behavioral Health
4304 Alton Road, Samuel Jacobson Healthcare Center, 1st Floor | Miami Beach, FL 33140
Phone: 305-674-2876 | Fax: 305-674-2916

4/16/2024

Patient: **Kornhauser, Tucker**
Date of Birth: **9/6/1991**

To Whom It May Concern:

Mr Kornhauser has the diagnosis of schizophrenia, this is chronic mental disorder characterized by disorganized thought process and behavior, hallucinations, delusions, and negative symptoms like catatonia.

I certify that Tucker Kornhauser was under my care, and was seen by this writer in the outpatient behavioral health office 1/02/2019, 10/9/2019, 11/27/2019, and 1/27/2020

During that period he was treated with psychotropic medications that are listed here.

| Medication | Instructions | Qty | Refills |
|---|---|---|---|
| ARIPiprazole (ABILIFY MAINTENA) 400 mg Suspension, Sust.Release Recon | Inject 400 mg into the muscle every 28 days. | | |
| pantoprazole (PROTONIX) 40 mg tablet | Take 1 tablet by mouth daily for 90 days. | 90 tablet | 0 |
| haloperidol (HALDOL) 2 mg tablet | Take 1 tablet by mouth 2 times daily. | 60 tablet | 2 |
| buPROPion (WELLBUTRIN XL) 300 mg 24 hr tablet | Take 1 tablet by mouth daily for 90 days. Indications: anxiousness associated with depression | 90 tablet | 0 |
| FLUoxetine (PROZAC) 40 mg capsule | Take 1 capsule by mouth daily for 90 days. Indications: anxiousness associated with depression | 90 capsule | 0 |
| atomoxetine (STRATTERA) 40 mg capsule | Take 1 capsule by mouth daily. | 90 capsule | 3 |

Please contact our office with questions or requests for further documentation. A patient information release form may need to be signed by the patient prior to transfer of information to secure our patient's privacy.

Sincerely,

| Mount Sinai Medical Center | Mount Sinai Primary & Specialty Care | | Mount Sinai Free-Standing Emergency Departments | Mount Sinai Comprehensive Cancer Center |

*This letter was initially viewed by Tucker James Kornhauser at 4/16/2024 2:14 PM.*

MyChart® licensed from Epic Systems Corporation © 1999 - 2024

## Visit Diagnoses - as of 10/24/2023

| Diagnosis | Start Date |
|---|---|
| Diaphragmatic hernia | 11/20/2017 |
| Schizoaffective disorder, unspecified type | 10/24/2018 |
| Schizophrenia, unspecified type | 12/4/2018 |
| Schizophrenia, unspecified type | 1/7/2019 |
| Obsessive-compulsive disorder, unspecified type | 1/7/2019 |
| Schizophrenia, unspecified type | 3/19/2019 |
| Schizophrenia, unspecified type | 6/19/2019 |
| Drug intoxication with perceptual disturbance | 8/27/2019 |
| Low sodium levels | 8/27/2019 |
| Mental health problem | 8/27/2019 |
| Dehydration | 8/27/2019 |
| Prolonged Q-T interval on ECG | 8/27/2019 |
| Schizophrenia, unspecified type | 9/6/2019 |
| Obsessive-compulsive disorder, unspecified type | 9/6/2019 |
| Drug dependence | 9/6/2019 |
| Schizophrenia, unspecified type | 10/15/2019 |
| ADHD (attention deficit hyperactivity disorder), inattentive type | 10/15/2019 |
| Schizophrenia, unspecified type | 12/17/2019 |
| ADHD (attention deficit hyperactivity disorder), inattentive type | 12/17/2019 |
| Drug intoxication with complication | 1/14/2020 |
| Altered mental status, unspecified altered mental status type | 1/14/2020 |
| Elevated transaminase measurement | 1/14/2020 |
| Traumatic rhabdomyolysis, initial encounter | 1/14/2020 |
| Leukocytosis, unspecified type | 1/14/2020 |
| Acute confusion | 1/14/2020 |
| Water on the brain | 5/16/2017 |
| Fall | 8/27/2019 |
| Altered mental status | 1/14/2020 |
| Attempted suicide | 1/14/2020 |
| Suicidal thoughts | 1/14/2020 |
| Suicidal thoughts | 1/20/2020 |
| Water on the brain | 1/20/2020 |
| Attempted suicide | 1/20/2020 |