

Office: (954) 766-8826　　　　　　　　　　　　　　　　　　　11760 W. Sample Road, #103
Fax: (954) 509-0007　　　　　　　　　　　　　　　　　　　　Coral Springs, Florida 33065

**Confidential Forensic Psychological Evaluation**

| | |
|---|---|
| **Examinee's Name:** | James Tucker Kornhauser |
| **Case #:** | 23-20377-CR-Bloom/Otazo-Reyes |
| **Judge:** | Beth Bloom |
| **Defense Attorney:** | Brett M. Schwartz, Esquire |
| **Evaluation Date:** | 11-06-23 |
| **Report Date:** | 11-12-23 |
| **Examiner:** | Michael P. Brannon, Psy.D. |

**Referral Information:** Mr. James Tucker Kornhauser was evaluated at the request of his attorney, Mr. Brett Schwartz, for a confidential assessment of his current mental health condition for possible use in a sentencing mitigation hearing. He is charged with one count of Possession of Child Pornography. He was evaluated on the above date via the Zoom platform from his parent's residence in Georgia.

**Sources of Information:**

    Clinical Interview
    Mental Status Examination
    Minnesota Multiphasic Personality Inventory – Third Edition (MMPI-3)
    Beck Hopelessness Scale (BHS)
    Beck Scale for Suicide Ideation (BSS)
    Beck Depression Inventory – Second Edition (BDI-II)
    Beck Anxiety Inventory (BAI)
    Reliable Digit Span
    Miller-Forensic Assessment of Symptoms Test (M-FAST)
    Indictment
    Federal Bureau of Investigation Transcribed Interview
    Penalty Sheet
    Telephone Interview with the Examinee's Parents
    Silver Hills Hospital Medical Records
    Mount Sinai Medical Center Treatment Records
    Correspondence from Dr. James Bender
    (It should be noted that the examinee's treating psychiatrist, Dr. Modupeolua Babalola, did not respond to a release of information or telephone messages left for collateral information regarding the examinee.)

**Notification of Confidentiality Limitations:** The examinee was informed of the purpose of the current assessment and the limitations of its confidentiality, and he agreed to participate in the evaluation. He was encouraged to be honest in his responses to examiner inquiries and when completing psychological testing.

**Relevant History:** The examinee reported that he is 32 years of age and that he was born in New York on 09-06-91. He stated that he was raised by his mother and father along with two brothers and two half-sisters. He reported that he was sexually abused on one occasion during his childhood

by "an older kid from my neighborhood." He reported that he never observed domestic violence in his childhood home. He reported a good relationship with all of his family members. He described his childhood as "happy until about 12 or 13 years old." He revealed a family history of mental health problems ("my mother's side of the family"). He was not aware of any family history of drug/alcohol abuse.

Academically, the examinee reported that he completed high school and "some college." He stated that he earned average to above-average grades in mainstream and advanced placement classes in high school. He reported that he was never retained at a grade level. He did not report any behavioral problems in school, although he revealed problems due to hyperactivity and inattentiveness. He related that he was diagnosed with Attention-Deficit/Hyperactivity Disorder (ADHD) while he was in elementary school and he was prescribed Adderall (stimulant medication for ADHD) for the symptoms of that condition. He reported that he was the victim of bullying and excessive teasing from his peers from 8th grade to 10th grade.

The examinee reported that he has never been married. He stated that his longest romantic relationship lasted for "three to four" years. He related that his last involvement in a romantic relationship was "about 10 years ago." He did not report any incidents of domestic violence during his relationships. He stated that he does not have any children. He reported that he was residing in Georgia with his parents and younger brother at the time of this assessment. He related that he has never been homeless.

Occupationally, the examinee reported that he was unemployed at the time of this assessment. He related that he was last employed in a full-time job "a few years ago." He reported that his longest job lasted for "a couple of months." He stated that he was fired from one job due to attendance problems. He indicated that he has never received Social Security disability or unemployment benefits. He reported that he has never served in the military.

Legally, the examinee reported that he was never arrested before the current charges. He stated that he was never a member of a delinquent youth gang or cult, and he has never associated with a known member of those groups.

Socially, the examinee reported that he has several "online friends." He stated that he mostly remains in his room and only communicates with others through the Internet. He stated that his last in-person contact with a friend was "one time for a quick lunch in 2022." Recreationally, he enjoys "making 3D computer art on my computer."

Regarding his mental health history, the examinee reported that he has been psychiatrically hospitalized on numerous occasions with his last placement occurring in 2021. He stated that he has been prescribed psychotropic medication since he was a child, and he was taking Abilify (antipsychotic), Depakote (mood stabilizer), Concerta (stimulant for ADHD), and Prozac (antidepressant) at the time of this assessment. He stated that he has attempted suicide several times with his last attempt occurring in 2021. He related that he has purposefully cut himself several times without the intent to commit suicide. He stated that he has been diagnosed with Schizophrenia, ADHD, Obsessive Compulsive Disorder (OCD), anxiety, and depression. He did not report symptoms of mania. He revealed numerous symptoms of depression and anxiety. He

related that he has experienced severe obsessions and compulsive behaviors as well as several panic attacks. For example, he stated, "I don't leave my house very much because I don't want to touch anything that someone else has touched because then I have to go through a lot of cleaning to feel that I am decontaminated." He reported that he has experienced auditory hallucinations since he was a teenager, mostly consisting of "voices talking about me and criticizing things that I was doing." He reported a history of delusional beliefs, mostly involving paranoid themes. For example, he stated that he believed that people were "hacking into my computer and watching me on my webcam." He did not report any symptoms of posttraumatic stress. He did not report anger control problems.

The examinee acknowledged the use of alcohol, marijuana, LSD, and "designer stimulants." He reported that he initially used drugs and alcohol when he was a teenager. He stated that he was using "designer stimulants" that he obtained from the "Dark Web" on a daily basis at the time of the alleged offenses in 2019. As a result, he reported that his memory is "cloudy" for the events in 2019 that led to his arrest in 2023. He stated that he has been medically hospitalized several times due to his abuse of drugs and alcohol. He related that he has used drugs and alcohol when he has been alone. He reported that he has often used drugs and alcohol to alleviate emotional distress. He stated that he has suffered several blackouts due to his abuse of drugs and alcohol. He identified his mother as his primary source of support in the community. He related that he completed a 28-day residential substance rehabilitation program in "2015 or 2016." He reported that he has never engaged in problematic gambling behaviors.

Medical health was reported as remarkable due to high cholesterol. He related that he does not suffer from any other medical problems. He stated that he had never suffered a head injury.

**Mental Status Examination:** The examinee was disheveled in appearance and attired in casual clothing. He reported his height as 5'10" and his weight as 190 pounds. Activity levels were within normal limits with no apparent impairments. He was able to state his name, date, and current location. His general clinical presentation was cooperative and his demeanor was serious. Eye contact was direct and unremarkable. Memory functions were intact on brief measures of those cognitive skills. Responses to examiner inquiries were low in volume, average pacing, and adequate in word production. He expressed his emotions in a restricted range and his mood appeared mildly anxious. Functional intelligence was grossly estimated in the High Average range based on his reported educational attainment, use of vocabulary, and general fund of knowledge. He did not display any indications of active hallucinations or delusions. Judgment and problem-solving skills were good, and insight was fair. He did not report suicidal or homicidal ideations or plans.

**Collateral Interviews:** In a telephone interview with the examinee's parents, Mr. Richard Kornhauser and Ms. Kristie Kornhauser, they reported that their son was full-term at birth and that he did not require hospitalization after delivery. They reported that their son achieved his developmental milestones behind schedule, especially his verbal skills. As a result, they related that he was placed into speech therapy classes beginning when he was three years of age and through middle school. They reported that he was diagnosed with Attention-Deficit/Hyperactivity Disorder (ADHD) when he was in 4th grade and was prescribed psychotropic medication for that condition when he was in 7th grade. They related that their son had a small group of friends during

his childhood. They stated that he "didn't like being touched as a child" and had problems with changes in his routines during his childhood. They reported that as an adult, their son informed them he had been sexually abused as a child by an unidentified adult male. They stated that their son achieved "decent grades" in school and he completed high school and one semester of college. They reported that he did not display behavioral problems in high school. Occupationally, they related that he was employed in two short-term jobs at fast-food restaurants. They reported their son's only romantic relationship was "with a girl in high school." They indicated that he has mostly resided in their home throughout his adulthood. They related that he does not have any current friends and they stated, "Socializing with other people is hard for him… he likes to keep his distance because he is uncomfortable around people." They reported that their son experienced problems in school in 2006 which teachers labeled a "psychotic break." They responded by bringing their son to the pediatrician, although he did not believe that their son had experienced a "psychotic break." They reported that they also consulted with a psychiatrist at that time who recommended the prescription of Risperdal (antipsychotic), although they declined to give their son that medication due to the psychiatrist not providing a diagnosis for their son. They stated that their son began to "self-medicate" with substances he "found online, but we didn't know about it then." They reported that he participated in individual counseling sessions in 2009, and again from 2012 to 2013. They stated that he had another "psychotic break" while in his first semester of college in 2015. They related that he began treatment with another psychiatrist at that time. Additionally, they reported that their son attended specialized treatment for Obsessive-Compulsive Disorder (OCD) from 2015 to 2016. They revealed that he was psychiatrically hospitalized on four occasions with his first placement occurring in 2016 and his last placement occurring in 2020. They reported that he was diagnosed with Schizophrenia when he was hospitalized and he was prescribed antipsychotic medication at those times. They reported that their son has attempted suicide on three occasions with his most recent attempt occurring in 2022. They stated that he has also experienced auditory hallucinations and paranoid delusions. They reported that he is currently prescribed Abilify (antipsychotic via monthly injections), Wellbutrin (antidepressant), Prozac (antidepressant), Depakote (mood stabilizer), and Concerta (stimulant for ADHD). They stated that their son has displayed anger control problems, although they have not observed him engage in acts of aggression toward others. They related that their son has not displayed problems complying with established rules and regulations. They revealed a family history of mental health problems (examinee's maternal great aunt, examinee's maternal uncle), They reported that their son has been mostly medication compliant, although he has had occasional medical side effects from those medications. They were aware that their son has abused alcohol and drugs including "online stimulants." Medically, they reported that he has suffered from gastrointestinal problems. They were not aware of him suffering a head injury or any other neurological difficulties. They indicated that they would remain supportive of their son throughout his current legal situation and in any future treatment endeavors.

**Collateral Legal Document:** The Indictment stated that the examinee was charged with one count of Possession of Child Pornography for an incident that allegedly occurred on or about 11-13-19.

In a Federal Bureau of Investigation transcribed interview dated 11-13-19, the examinee initially stated that he "did not recall" uploading any images of child pornography to a web-based application ("Imgur"). He advised that he had seen images that "may have been child pornography" via Google and subsequently admitted to utilizing "Freenet" to obtain child

pornography. A search of the examinee's computer led to the discovery of a downloads folder that contained several images that appeared to depict child erotica and child pornography. Specifically, it was stated, "Some of the images appeared to be focused on the exposed nude genitals of one or more prepubescent or early pubescent female children." Special agents estimated that the children observed in the child pornography were between 8 and 12 years of age, although the examinee expressed his belief that they were between 12 and 15 years of age. He claimed that he had not viewed child pornographic material that contained toddlers or infants. He indicated that he did not frequently utilize "Freenet" to obtain child pornography, although he admitted to doing so "every once in a while." The examinee was reported to have acknowledged that looking at child pornography was a crime. It was noted that the examinee denied producing child pornography or engaging in sexual activities with children multiple times throughout the interview.

**Collateral Mental Health Documents:** Silver Hills Hospital medical records revealed that the examinee was admitted to that facility on 08-22-16 and discharged on 09-19-16. He was diagnosed with Amphetamine-Type Substance Use Disorder, severe; Obsessive Compulsive Disorder (OCD); Depressive Disorder; Alcohol Dependence, moderate; and Drug-induced psychosis, recent, stimulant-induced. He was prescribed Trazodone (antidepressant), Prozac (antidepressant), and Seroquel (antipsychotic) for the treatment of his mental health conditions. It was noted that before his admission to Silver Hills, the examinee was admitted to Metropolitan Hospital on 08-11-16. On 08-22-16, the examinee identified the reason for his 08-11-16 hospitalization as "I have been using this substance *("4FMPH")* daily for at least a month but it wasn't until the past five days or so that I began to hear voices. Never in my life have I had this experience before and I was concerned and scared… I was unable to sleep for days." He indicated that the voices became "more and more scary" and that "they never talked to me; always amongst themselves." He denied experiencing command auditory hallucinations and stated that the voices were "talking sometimes about what I was researching on the internet or saying to each other that I knew they were there." He reported that his mother became concerned with the content of his auditory hallucinations and called an ambulance to take him to the hospital on 08-11-16. He stated that he was given Seroquel and Trazadone for the treatment of his mental health symptoms and that the auditory hallucinations ceased. He indicated that he had not experienced auditory hallucinations since 08-11-16. The examinee reported a history of Attention-Deficit/Hyperactivity Disorder (ADHD) and ADHD treatment (Adderall), compulsions (hand washing, counting), self-harm, one suicide attempt, one prior psychiatric hospitalization, exposure therapy, psychotropic medication prescription, family mental health history (depression, substance abuse), and substance abuse (alcohol, stimulant medication purchased online). Correspondence from the examinee's psychiatrist, Dr. Dinstein, stated, "Pt (*patient*) is doing 'terrible.'" He indicated that he had been treating the examinee for ADHD, OCD, and social anxiety. Moreover, he expressed his belief that the examinee has "possible" Bipolar Disorder and psychosis "which may be contributed [sic] to substance use." Upon discharge, it was recommended that the examinee be placed into a transitional living program for continued care.

Mount Sinai Medical Center treatment records revealed that the examinee had been receiving psychiatric services since 11-11-16. He was diagnosed with Schizoaffective Disorder, unspecified type on 10-24-18; Attention-Deficit/Hyperactivity Disorder (ADHD), inattentive type on 12-17-19; Schizophrenia, unspecified on 12-17-19; Obsessive Compulsive Disorder, unspecified type on 09-06-19; and Drug dependence on 09-06-19. Additional problems that were noted included acute

confusion, a lumbar puncture performed on 01-14-20 for acute confusion, suicide attempts on 01-14-20 and 01-20-20, "altered mental status," drug intoxication with complications, drug intoxication with perceptual disturbances, and "water in the brain." He has been prescribed numerous psychotropic medications including Abilify Maintena (antipsychotic injection), Abilify (antipsychotic), Wellbutrin (antidepressant), Prozac (antidepressant), Strattera (stimulant for ADHD), Trazodone (antidepressant), Restoril (anxiolytic/sedative), Aristada (antipsychotic injection), Ativan (anxiolytic), and Haldol (antipsychotic). As of 10-24-23, the examinee's only active prescription was Haldol.

Written correspondence dated 10-25-23 by Dr. James Bender, Director of The Reeds Center, stated the following (copied verbatim as it appears in the original):

> "Treatment Summary for Tucker James Kornhauser, 3.22.16 – 9.22.16
>
> Diagnosis: F42.2 Obsessive Compulsive Disorder
>
> Background: Mr. Kornhauser sought treatment for severe Obsessive Compulsive Disorder (OCD) at The Reeds Center on March 22, 2016. His obsessions/compulsions and anxieties centered around fears of contamination from dirt and germs. At the time Tucker had significant restrictions on his movement within his home and his room in fear of contamination.
>
> Treatment: Exposure and Response Prevention/ CBT for OCD. Tucker was compliant and worked at the exposures, mostly conducted remotely via video therapy so he could practice his skills in his home. He reported improvement in his symptoms but treatment was shortened as he moved from the area."

**Psychological Testing:** The Minnesota Multiphasic Personality Inventory – Third Edition (MMPI-3) is a frequently administered personality test in clinical and forensic settings. It has several Validity scales designed to assess for response distortion and numerous Clinical scales designed to assess for symptoms of a mental health disorder. Validity scales did not reveal any significant elevations. As a result, Clinical scales were determined to be valid and interpretable. Clinical scales revealed significant elevations for Emotional/Internalizing Dysfunction (problems associated with mood and affect), Thought Dysfunction (problems associated with disordered thinking), Demoralization (general unhappiness and dissatisfaction), Somatic Complaints (diffuse physical health complaints), Low Positive Emotions (lack of positive emotional responsiveness), Dysfunctional Negative Emotions (maladaptive anxiety, anger, irritability), Aberrant Experiences (unusual perceptions or thoughts associated with thought dysfunction), Neurological Complaints (dizziness, weakness, paralysis, loss of balance, etc.), Cognitive Complaints (memory problems, difficulty concentrating), Suicidal/Death Ideation (direct reports of suicidal ideation and recent attempts), Helplessness/Hopelessness (belief that goals cannot be reached or problems solved), Self-Doubt (lack of self-confidence, feelings of uselessness), Inefficacy (belief that one is indecisive and inefficacious), Worry (excessive worry and preoccupation), Compulsivity (engaging in compulsive behaviors), Anxiety-Related Experiences (multiple anxiety-related experiences such as catastrophizing, panic, dread, and intrusive ideations), Substance Abuse (current and past misuse of drugs and alcohol), Disaffiliativeness (disliking people and being

around them), Social Avoidance (not enjoying and avoiding social events), Shyness (feeling uncomfortable and anxious in the presence of others), Psychoticism (disconnection from reality). Negative Emotionality/Neuroticism (anxiety, insecurity, worry, and fear), and Introversion/Low Positive Emotionality (social disengagement and anhedonia).

The Beck Hopelessness Scale (BHS) is a frequently administered test designed to assess feelings of hopelessness. The examinee obtained a Total Score on the BHS that falls in the Severe range. Individuals who obtain the same score as the examinee report numerous symptoms of hopelessness during the seven days before the test date.

The Beck Scale for Suicide Ideation (BSS) is a test measure designed to asses for thoughts or plans of self-harm. Individuals who achieve high scores on this measure are often referred for more extensive assessment of possible self-harm. The examinee's score on the BSS was below the average score obtained by individuals in the standardization sample who later committed or attempted to commit suicide.

The Beck Anxiety Inventory (BAI) is one of the most commonly administered screening tools for anxiety. The examinee obtained a Total Score on the BAI that falls in the Moderate range for anxiety. Individuals who obtain the same score as the examinee report several symptoms of anxiety during the 30 days before the test date.

The Beck Depression Inventory – Second Edition (BDI-II) is one of the most commonly used brief assessment scales for symptoms of depression. The examinee obtained a total score on the BDI-II that falls in the Severe range of depressive symptomatology. Individuals who obtain the same score as the examinee report numerous symptoms of depression during the two weeks before the test date.

Reliable Digit Span is an effort test requiring the examinee to repeat several digits forward and backward. Individuals who score below the cut-off score are often suspected of poor effort on cognitive tasks. The examinee scored above the established cut-off score on this test. As a result, the examinee's score was consistent with adequate effort on cognitive tasks.

The Miller Forensic Assessment of Symptoms Test (M-FAST) is a brief structured interview designed to assess an individual's probability of malingering psychiatric illness. Scores that exceed the established Total Score cutoff are suggestive of malingered psychopathology. The examinee obtained a Total Score on the M-FAST below the established cutoff score. Individuals who obtain the same score as the examinee are rarely diagnosed with Malingering.

**DSM-5-TR Diagnoses**

       Schizoaffective Disorder with paranoid features
       Obsessive-Compulsive Disorder
       Attention-Deficit/Hyperactivity Disorder
       Stimulant Use Disorder
       Cannabis Use Disorder
       Hallucinogen Use Disorder

      Alcohol Use Disorder

**Conclusions:** The examinee reported numerous symptoms of several major mental disorders. He also revealed a history of drug and alcohol abuse. Psychological testing resulted in findings consistent with the examinee's self-reported symptoms including psychotic symptomatology. Validity testing designed to assess for response distortion did not reveal any indications of poor effort or malingering. In a telephone interview with the examinee's parents, they reported that their son has suffered from mental health problems since elementary school, and he has received ongoing psychiatric and psychological treatment services, including four psychiatric hospitalizations. They further indicated that their son rarely leaves their house due to the debilitating effects of his severe mental health disorders. Moreover, the examinee has had few friends, and his current social contacts consist of Internet interactions only. Notably, the examinee's mental health condition is fragile, he has been suicidal in the past on several occasions, and psychological testing revealed severe levels of hopelessness.

Based on the information available for this assessment, it is the opinion of this examiner that the examinee would be an appropriate candidate for weekly individual counseling sessions via the Zoom platform. Treatment should ideally focus on emotional regulation, medication compliance, anxiety reduction, goal-setting, and relapse prevention. He should also be required to attend monthly psychiatric case management services and comply with all prescribed psychotropic medications. Moreover, he would benefit from participation in recovery group meetings several times per week via the Zoom platform. The examinee should be regularly monitored for possible suicidal ideations by all of his designated mental health professionals with placement into a psychiatric hospitalization for stabilization if clinically indicated. The examinee did not display any factors that would prevent him from benefitting from treatment services as outlined above.

Thank you for the opportunity to participate in this interesting case, and please feel free to telephone me if you require additional information in this matter.

*[signature]*

**Michael P. Brannon, Psy.D.**
Licensed Psychologist
PY4289