# TUCKER KORNHAUSER MENTAL HEALTH AND SUBSTANCE ABUSE CHRONOLOGY

**Age 3 — 1994: Developmental Disorders**
- Speech, language, hearing, processing and information retention issues identified
- Enrolled in immersive therapeutic program

**Age 7 — 1998: Touch Aversion**
- Developed aversion to touch and close contact situations
- Sexually abused

**Age 10 — 2002: ADHD Diagnosis**
- Medication for ADHD management began in 2002/2003

**Age 14 — 2005: Depression Onset & Behavioral Changes**

**Age 15 — 2006: First Psychotic Break**
- Found undressed in a bathroom stall at school
- Regular psychiatric treatment commenced
- Anxiety, compulsive behaviors
- Self-harm by cutting

**Age 16 — 2007: First Suicide Attempt**
- Intentional Sudafed overdose

**Age 17 — 2008: Substance Abuse Onset**
- Compulsive behaviors
- Isolation
- Anxiety
- Use of "street drugs" such as marijuana and LSD

**Age 19 — 2010: College Attempt 1**
- Paranoid delusions onset
- Failed out after one semester and returned home

**Age 20-21 — 2012: First Job**
- Unable to maintain McDonalds job
- Grandiose thinking and auditory hallucinations onset
- Enrolled in community college but lived at home

**Age 22 — 2013: College Attempt 2**
- Began Northeastern University
- Failed out by Fall 2015
- Controlled by obsessive behaviors, paranoia, phobias
- Ongoing psychiatric treatment and prescribed an anti-psychotic, Seroquel, which made him Zombie-like

**Age 24 — 2015: Research Drug Abuse Onset**
- Due to psychiatric and medication symptoms, seeks stimulant "research" drugs obtained via the Internet
- Used these drugs to quiet his auditory hallucinations and to make him feel less Zombie-like

**Age 26 — 2016: Schizophrenia Diagnosis**
- Prescribed cocktail of ADHD, anti-psychotic, antidepressant medications
- Continued abuse of stimulant research drugs
- 2 drug overdoses
- Chronic auditory hallucinations, paranoia and psychotic episodes
- Involved in various therapeutic modalities
- Involuntarily committed and diagnosed with schizophrenia

---

State of: Georgia
County of: Chatham
The foregoing instrument was acknowledged before me 13 day of May 2024

Your Name Here, Notary Public
My Commission Expires 05/09/2025

[Notary Seal: MEGAN SUZANNE WEATHERS, NOTARY PUBLIC, CHATHAM COUNTY, GEORGIA, MAY 09, 2025]

# TUCKER KORNHAUSER MENTAL HEALTH AND SUBSTANCE ABUSE CHRONOLOGY

**Age 27 — 2017 — Hydrocephalus**
- Developed a pseudo tumor cerebra which caused hydrocephalus (fluid buildup on brain)
- Auditory hallucinations continued

**2018-2019 — Age 28-29 — Severe Psychosis**
- Severe auditory hallucinations
- Chronic psychosis
- Continued abuse of stimulant research drugs
- Involuntary mental health hospitalization (August 2019)
- Inability to digest anti-psychotic medications
- Began Abilify injections for psychosis (November 2019)

**Age 29 — 2019 — Offense Conduct**
- August to September 2019
- FBI agents visit home in November 2019

**2020 — Age 30 — Suicide Attempts**
- Intentional diphenhydramine overdose in January
- In ICU for a week followed by involuntary mental health commitment
- Another suicide attempt followed by psychiatric hospitalization in March

**Age 31 — 2021 — Acheiving Stability**
- Abilify injections have reduced the auditory hallucinations
- Does not leave the home
- Cannot learn to drive due to anxiety
- Does not interact and lives in isolation due to OCD and phobias
  Discontinued abuse of stimulant research drugs

**2022-2023 — Age 32-33 — Stability**
- Psychosis managed well by Abilify injections
- Depression & anxiety remain
- Interacting more with family

**Age 33 — 2023 — Arrest for Instant Offense**
- Released on bond with home confinement
- Heightened anxiety and depression
- Increased isolation
- Continued remission from substance abuse

State of: Georgia
County of: Chatham
The foregoing instrument was acknowledged before me 13 day of May 2025

_____
Your Name Here, Notary Public
My Commission Expires 05/09/2025

