

601 E. 66th St.
Savannah, Georgia 31405
Phone: (912) 790-6500
Fax: (912) 354-3036
www.gatewaycsb.org

03/15/2024

To Whom It May Concern,

Mr. Tucker Kornhauser is currently getting psychiatric care from Gateway BHCC. He has been under my care since 07/22/2022 and has continuously followed up with monthly appointments for med management/supportive therapy and monthly injections. His current diagnoses include Schizophrenia, Generalized Anxiety Disorder, stimulant use disorder; in sustained remission, ADHD, and OCD. His medications include Abilify Maintena, Depakote, Concerta, Prozac, Wellbutrin, Gabapentin and Ramelteon.

Sincerely,

*ABabalola MD*

Dupe Babalola, MD
Gateway Behavioral Health – Savannah, Ga.