UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  23-cr-20377-BLOOM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES TUCKER KORNHAUSER,

    Defendant.
    _____/

### DEFENDANT JAMES TUCKER KORNHAUSER'S SUPPLEMENTAL SENTENCING MEMORANDUM

Defendant James Tucker Kornhauser, hereinafter "Tucker," by and through his undersigned defense attorney, Brett Schwartz, pursuant to 18 U.S.C. §§ 3553 and 3551, files this Supplemental Sentencing Memorandum.

An addendum and revised Pre-Sentence Investigation report (PSI) were disclosed by United States Probation Officer Andrew McDougan on May 28, 2024. The revised PSI resolves the objections to the PSI.

Counsel for Tucker Kornhauser has requested a non-custodial sentence understanding fully that this Honorable Court would have to grant a significant variance and/or departure from the advisory guideline range to achieve this goal. Tucker Kornhauser's mental health history is so severe that he stands before the Court with extraordinary and unique circumstances which warrant an alternative resolution to his case.

Preliminarily, it is important for the Court to understand that Tucker's parents are committed to his wellbeing, and they are willing to relocate wherever necessary to assist Tucker with his rehabilitation. They will continue to provide care and structure as advised by his clinical team, the Court and the United States Probation Office. The ability to develop an appropriate and approved residential plan is a complex process for registered sex offenders. That said, Tucker's parents have work tirelessly to develop an alternative to incarceration that may be viewed as sufficient by the Court. Counsel is requesting a sentence of time served with a lengthy period of supervised release, at minimum, five years to life. As a component of Tucker's supervised released, he would be required to participate in mental health and sex offender treatment.

A program that appears to best match Tucker's therapeutic needs has been located in Texas. The Sanapia Community treatment center (Sanapia) is in an agricultural area north of Houston, Texas. Sanapia specializes in residential treatment for clients with thought disorders, co-occurring disorders, and behavioral and/or sexual behavior histories. The suggested treatment plan includes six months of supervised, intensive residential treatment at Sanapia with targeted treatment specific to Tucker's psychological/behavioral needs. The clinical team at Sanapia will monitor Tucker's life-skills engagement, self-growth, and general compliance with program.

Sanapia residential treatment includes 24-hour staff supervision, boarding, meals, medication management assistance, intensive individual, and group therapy specific to clients with primary diagnoses, dual-diagnoses, intensive behavioral and or sexual behavior backgrounds. It is important to disclose that Sanapia is not a lock down facility. Residents voluntarily reside at the treatment facility. Compliance with all the court-ordered conditions of

supervised release, including his placement in the residential program, will be a component of Tucker's supervised release. Sanapia Community engages its clients in the developing adult life-skills, with additional developmental opportunities toward independent autonomous growth including self-growth toward self-reliance, a greater sense of self, relationship skill development, and family therapy opportunities.

Additional to Sanapia's intensive residential intervention, sexually specific intensive therapeutic services are recommended. This therapeutic component is managed by Donica Jones, LPC-S, LSOTP-S, NC, at her private practice: Houston Transitions to Wellness &Counseling. These services will include an intensive clinical interview, psychological testing, and risk instruments if appropriate and weekly sexually specific therapy by Donica Jones, LPC-S, LSOTP-S. NCC and any additional treatment recommendations she may provide as treatment progresses.

Per the recommended treatment plan, following Sanapia's initial six-month residential component, the clinical team will advise whether Tucker should continue with in residential placement or transition to outpatient services post based on his engagement in and following of treatment and court expectations. Following the residential treatment component, the clinical team will likely recommend transitioning Tucker to a three-year outpatient sexual behavioral treatment program specific to his sexual specific behavior in accordance with Donica Jones, LPC-S, LSOTP-S, specific to her program's treatment model.

Also, Sanapia will facilitate a continued outpatient supportive plan and additional outpatient options as Tucker's family may need. If Tucker, his family and clinical team decide they would like to extend his residential or outpatient services with Sanapia, a revised treatment

plan will be developed. If any concerns or issues arise during Tucker's treatment, the clinical team will immediately notify his presiding court supervising authority, his family and his legal counsel.

Donica Jones, MA, LPC-S, LSOTP-S, NCC, completed a review of Tucker's legal and therapeutic concerns, and she concurs that he is an ideal candidate for community treatment to include group and individual weekly sessions. Ms. Jones is the President and Clinical Director of the Houston Transitions to Wellness and Counseling, Inc., located at 11999 Katy Freeway Suite 130, Houston, Texas 77079.

Counsel is aware that implementation of this treatment plan will require the cooperation of the United States Probation Offices and Sheriff's Offices in the respective jurisdictions. Counsel is hopeful that the involved parties will cooperate to ensure compliance of supervision requirements should the Court decide this is a reasonable sentencing resolution.

It is important to note that Tucker has achieved a somewhat stable psychiatric state due to his carefully managed home environment and medication administration plan. He presently takes Abilify Maintena, which is an injectable anti-psychotic medication, Buproprion, Haloperidol, Atomoxetine, and Fluoxetine.  Any deviation from his medication administration plan could result in a psychotic relapse.  Should the Court determine a term of imprisonment is appropriate, we request an order from the Court requiring the Bureau of Prisons to immediately provide matching continuity of care for Tucker. Most essential to Tucker's stability is the monthly Abilify injections, which cost approximately $2,900 per injection. The Abilify, which is administered via injection, has been a life-altering medication for Tucker because he cannot vomit up the medication. The cost is currently covered by the Otsuka Patient Assistance Foundation. The

Otsuka Foundation has informed they will cease payment for this medication should Tucker be incarcerated. Tucker was first introduced to the Otsuka Foundation by Dr. Acosta's office at Mount Sinai Hospital after his Baker Act commitment in 2019.

Attached to this supplement are the suggested treatment plan documents as well as the Curriculum Vitae for Donica Jones, LPC-S, LSOTP-S, NC and Dr. Chase A. Walding, LPC, LSOTP.

Date: May 29, 2024

Respectfully submitted,

/s/ *Brett Schwartz*
BRETT M. SCHWARTZ, ESQ.
bschwartz@defendyourcase.com
Florida Bar No. 150680
HAGER & SCHWARTZ, P.A.
110 SE 6th Street, Suite 1715
Fort Lauderdale, FL 33301
Telephone: (954) 533-3696
Facsimile: (888) 633-7595
Attorney for Defendant/Kornhauser

### SERVICE LIST

Audrey Pence Tomanelli, Esq.
audrey.pence.tomanelli@usdoj.gov
United States Attorney's Office

I HEREBY CERTIFY that on the 29th day of May 2024, the undersigned electronically filed the foregoing Supplemental Sentencing Memorandum with the Clerk of Court using CM/ECF.

/s/ *Brett Schwartz*
BRETT M. SCHWARTZ, ESQ.