# Sanapia Community

11325 Forest Trails Dr.
Willis, TX 77318
832-241-5206

Therapeutic advisement: letter to the court
Treatment planning proposal
Regarding Tucker Kornhauser

May 11th, 2024

To whom it may concern,

Regarding treatment planning for Tucker Kornhauser:

My name is Dr. Chase A. Walding, LPC, LSOTP, and I have been contacted by the family of Mr. Tucker Kornhauser's family and their legal team to draft a treatment plan proposal for the court. Sanapia Community, of whom I clinically direct, specializes in the residential treatment of clients with thought disorders, co-occurring disorders, and behavioral and/or sexual behavior histories.

With consultation from Mr. Kornhauser's parents, his legal counsel, and my clinical team, we advise the following regarding Tucker's supervised treatment:

- 6-months of supervised-intensive residential treatment at *Sanapia Community* with treatment planning specific to Tucker's psychological/behavioral needs.

- Mr. Kornhauser's clinical team at Sanapia Community will evaluate his treatment and life-skills engagement, self-growth, and general compliance with program and court requirements and present a recommendation to his family, legal counsel, and court at the completion of the advised 6-month period.

- Sanapia Community residential treatment includes 24-hour staff supervision, boarding, meals, medication management assistance, intensive individual, and group therapy specific to clients with primary diagnoses, dual-diagnoses, intensive behavioral and or sexual behavior backgrounds. Sanapia engages its clients (partners) in the developing adult life-skills, with additional developmental opportunities toward independent autonomous growth including self-growth toward self-reliance, a greater sense of self, relationship skill development, and family therapy opportunities.

- Additional to Sanapia Community's intensive residential intervention, we recommend sexually specific intensive therapeutic services by Donica Jones, LPC-S, LSOTP-S, NCC at her private practice: Houston Transitions to Wellness & Counseling. These services will include an intensive clinical interview, psychological testing, and risk instruments if appropriate and weekly sexually specific therapy by Donica Jones, LPC-S, LSOTP-S. NCC and any additional treatment recommendations she may provide as treatment progresses.

- Following Sanapia Community's 6-month residentially advised treatment plan, we will advise outpatient services post 6-month residential supervised treatment based on Mr. Kornhauser's engagement in and following of treatment and court expectations.

- Following the 6-month residential treatment plan: we recommend Mr. Kornhauser transitioning to 3-years of outpatient sexual behavioral treatment specific to Tucker's sexual specific behavior in accordance with Donica Jones, LPC-S, LSOTP-S, specific to her program's treatment model. This would continue Tucker's initial treatment plan, including Donica Jones's treatment plan for problematic sexual behavior treatment program at *Houston Transitions to Wellness & Counseling, Inc.* Previously, I have served as an LSOTP clinician within her outpatient practice for 7 years.

- Also, Sanapia Community will facilitate a continued out-patient supportive plan and additional outpatient options as his family may need. If Mr. Kornhauser and his family decide they would like for him to stay in residential or outpatient services with Sanapia Community post his 6-month residentially advised stay, Sanapia can develop treatment planning for such a request as a support to his family.

- Mr. Kornhauser is expected to engage fully in his residential, sexual-behavioral health outpatient treatment, and follow the rules and guidelines expected by the court. If any concerns or issues arise during his proposed engagement in our treatment, we will immediately notify his presiding court supervising authority, his family, his legal counsel, and all members of his clinical team.

- If Mr. Kornhauser should choose any negative behavioral choices, Sanapia Community will work with Mr. Kornhauser's family, the courts, his sexual-behavioral clinician Donica Jones, and any key members of his treatment team to modify his treatment plan based on the needs and expectations set forth by the court.

We look forward to working with Mr. Kornhauser, if the court so chooses, and his court supervising authority toward his successful completion of Tucker's intensive residential treatment, outpatient extended services, and overall, and healthier and more fulfilled young man.

Regards,

Dr. Chase A. Walding, LPC, LSOTP
Co-Owner, Vice President, Clinical Director
Sanapia Community
Sanapiacommunity.com | chase@sanapiacommunity.com