

Sanapia Community
11325 Forest Trails Drive
Willis, TX 77318
Phone: 832-241-5206
Email: chase@sanapiacommunity.com

*Sanapia Community* treatment planning:
Regarding potential client: Tucker Kornhauser
Date: 05.27.24
Regarding: Treatment Planning: *Intensive Residential Community Setting*

Treatment planning summary:
*Intensive Residential Community Setting:*

Duration:
Approx. (6) months followed by treatment/behavioral evaluation

Additional treatment measures:
Co-current with his residential treatment: (6) months sexual-behavioral outpatient treatment in addition to in-patient treatment

Post intensive-treatment residential planning:
Continuation of treatment: (3) year out-patient sexual-behavioral outpatient continuation with intention to complete sexual-behavioral treatment program

*Sanapia Community Intensive Residential Community Setting* specific treatment planning:

Mr. Kornhauser will be expected to engage in the following in-resident treatment program at Sanapia Community including:

- Comply with all rules / requirements set forth by Sanapia Community and its staff.

- Engage in creating MR. Kornhauser's own goals and motivations with his clinical team regarding a treatment plan specific to him which will evolve as he engages in treatment.

- Engage in the life-skills development program at Sanapia Community including skill-development opportunities, entrepreneurial workshops, and additional life-skills opportunities in a supervised environment.

- Engage in his individualized psychotherapy treatment co-created with he and his therapist.

- Engage in his individualized case-management life-skills development plan co-created by he and his case manager.

1



Sanapia Community
11325 Forest Trails Drive
Willis, TX 77318
Phone: 832-241-5206
Email: chase@sanapiacommunity.com

- *Sanapia Community* recommends Mr. Kornhauser refrain from any deviant and/or inappropriate behaviors that *Sanapia Community* or his out-patient sexual behavioral health treatment program may find unhealthy or in violation of his treatment plan.

- Sanapia Community recommends engagement in a treatment/post-treatment commitment to self-growth, no harm to others, and identifying a sense of purpose and gratitude in his life going forward.

- Sexual-offender sentencing may indicate support for a fully supervised treatment-oriented environment. *Sanapia Community* meets this structural need.

- *Sanapia Community*, as part of Mr. Kornhauser's treatment plan, is partnering with Donica Jones, MA, LPC-S, LSOTP-S, NCC, at her practice Houston Transitions to Wellness & Counseling in regards to sexual-behavioral health outpatient treatment

- Mr. Kornhauser is recommended to complete a 6-month clinical evaluation. Included in that evaluation is himself, his treatment team both at Sanapia and out-patient, and his family to evaluation his treatment journey in that 6-month period, with decisions to move to out-patient treatment planning or suggest continued in-patient treatment planning as needed. Included in his evaluation will be his treatment engagement as well as family finances regarding his overall treatment progress.

- Mr. Kornhauser will be encouraged to continue his treatment following his 6-months in-residential with (3) years of out-patient sexual-behavioral treatment as a continuation of his growth and development.

With regard,

Dr. Ch A Wh

Dr. Chase A. Walding, LPC, LSOTP
Sanapia Community
Clinical Director, Co-Owner

05-27-2024

Date

2