*Curriculum Vitae*
Dr. Chase A. Walding, LPC, LSOTP (Certified in MEGA)
Houston, TX I chasewalding@gmail.com I (281) 704-5182 I
Business card: https://blinq.me/lxVs0a3eMBU2
http://www.linkedin.com/in/chase-walding-bb9204a5

*Co-Owner, Sanapia Community LLC*
Executive Clinical Director
March 2024 – Present
11305 Willis, TX 77318
Phone: (832) 241-5206
Email: chase@sanapiacommunity.com

*Owner, Wiggly Boat Therapy & Consulting*
Founder, Counselor – Adult Mental Health
July, 2021 – Present
Phone: (281) 407-4763
chase@wigglyboattherapy.com

Sex Offender Treatment Provider, Liaison to Probation Officers
*Houston Transitions to Wellness and Counseling Inc.*
Main Office: 11999 Katy Freeway Suite 150R, Houston, TX 77079;
Phone (346) 241-0933
Email: chase@donicajones.com

Dr. Walding's specializations:
To provide clinical directorial leadership in the mental health treatment planning, life-skill development, and on-going care programming at Sanapia Community. To engage in client and family therapeutic relationship building to strive toward growth, connection, and fulfillment within the community setting. To strive toward greater mental health impact for those who suffer from chronic mental illness both in regards to psychological growth and social-relational connection.

To provide clinical feedback toward client treatment planning with severe mental illness diagnoses, behavioral or emotional management concerns, sexual behavior treatment and behavioral management, and clients with criminally-complex backgrounds.

CREDENTIALS/ LICENSES:

Texas State Board of Examiners of Professional Counselors
Licensed Professional Counselor – Texas License # 73449 Date Issued 3/22/2018, Expires 3/31/2025

1

Council on Sex Offender Treatment
Texas License # 99601
Date Issued 4/17/2018, Expires 3/31/2025

**Dr. Walding's ongoing purpose:**
To engage in mental health therapy, treatment, and work toward the greater benefit of others, both clients and their families, while simultaneously developing a larger mental health residential team and community for lasting impact at Sanapia Community.

**Clinical history:**
Dr. Walding has practiced therapy and treatment for the severely mentally ill for over (13) years and has developed collaborative relationships with highly impactful clinicians, case managers, residential care staff, and psychiatrists all primarily motivated for the betterment of adults with mental illness.

2006-2019
Lead Clinician, Marketing Lead
*The Mental Health Co-op, Shaunty Healing Center*
Under the mentorship and leadership of Mr. Grover Shaunty (dec.)
501 Sul Ross St., Houston, TX 77006
- *The Mental Health Co-op* no longer exists and is currently under new ownership and is known as *The Monarch* under the leadership of Dr. Christopher Fowler

## EDUCATION:

*Doctorate in Education Degree, Ed.D, Counseling*
Awarded, 2023; Texas Southern University
Honor Society Member: Chi Epsilon Iota

*Master of Education, M.Ed., Counseling*
Awarded: July, 2012
University of Houston, Victoria (UHV)

*Bachelor of Arts in Anthropology*
Awarded: July, 2007
University of North Texas

## University Internships and Practicum Sites:

**The Mental Health Co-op, 501 Sul Ross St, Houston, TX006**
*Primary responsibilities during internship included providing individual and group counseling to the adult mentally ill, specifically cognitive-behavioral therapy, life-skills, and mind-body work*

**Clear Lake High School**
I worked as a school counselor intern providing individual counseling, assessment, and guidance support for grades (9 – 12).

**Texas A&M Galveston**
I worked as a college guidance counselor intern providing individual and assessment support for undergraduate and graduate college students.

**PAID WORK EXPERIENCE:**

*Houston Transitions to Wellness & Counseling, Inc.*          12/2017 to present
*Clinical Therapist,*
Under the supervision of clinical director Donica Jones, provide individual, group and family counseling services to children, adolescents and adults. Provided consultation and collaboration through Risk Assessments, attorney's, parents, and caregivers in cases of sexualized children or sexual abuse cases.

Additionally, treatment programs were conducted for sexual offenses which includings: Adult SOTP (including female group, low cognitive functioning, high cognitive diversity group, child pornography and a young offenders group) which treats adults for 3 to 5 five years prior to being moved to once a month follow-up.

Research interests include effective, growth-oriented treatment of adolescent and adult sex offender populations as well as evidence-based assessments of adolescent and adult sex offender populations. Wellness and burnout avoidance strategies for SOTP providers is also of interest.

*The Mental Health Co-op, Shaunty Healing Center*          July, 2006 - 2019
*Clinical Therapist, Marketing, Admissions, AIT Director*

Provide clinical supervision and director for private mental-health residential treatment community under the direction of Grover Shaunty, MSW, founder of MHC. Provide individual and group therapy for clients with severe mental illness including schizophrenia, schizo-affective, bipolar, and personality disorders such as borderline personality disorder. Provide marketing and admissions services for intake enrollment. Admissions and marketing has reached maximum new client loads and waiting list for the first time in it's history as a company.
Continue *Adults in Transitions* specialized program for older adult population.

**CONFERENCES ATTENDED:**

*ATSA National Conference, 207*
*Association for the Treatment of Sexual Abusers Conference, St. Louis, Missouri*
*Conference Date: Oct 25th – 27th, 2017; CEU'S: 13.0*

*Sam Houston State University CMIT 13th Annual Conference: "Managing Juveniles with Sexual Behavior Problems"*
*Correctional Management Institute of Texas*
*Conference Date: Feb 4th - 7th, 2018; Hours: 12.3*

**Mega Certification for Risk Instrument Administration**
COSA training San Diego CA May 8, 2018

**Current Professional Associations:**
The Association for the Treatment of Sexual Abusers (ATSA) - Member
The American Counseling Association (ACA) – Student Member

**Curriculum Vitae**
**Donica L. Jones, MA, LPC-S, LSOTP-S Specialty Juveniles, NCC, CCF, CRCF, 200CYT, PREA Certified Instructor, Certified in JSOAP-2, MEGA, Static99R, Stable 2007, Acute 2007, SVR-20, RSVP**
*Clinic Director: Houston Transitions to Wellness and Counseling, Inc.*
*Main Office: 11999 Katy Freeway Suite 150R, Houston, Texas 77079*
*Voice 281.920.9500/ Facsimile 281.920.9568/ On Call 832-741-6090*
*Email: Donica@HTWCounseling.com*

**Current Staff Therapists being Supervised for LSOTP:**
Dianna Crutchley, LPC, ASOTP
Chase Walding, LPC, ASOTP

**OBJECTIVE:** To provide therapeutic individual and group counseling services to children, adolescents, and adults in a private practice setting. Specialized treatment offered in the areas of sexual abuse, anger management, and mood disorders. Utilize Cognitive Behavioral Treatment Programs and assessments for Adult and Juvenile Sex Offender populations including lower cognitive function and sexual inappropriate behaviors.

Provide Chaperone training for Adults and caregivers of juveniles. Program is based on holistic treatment approach and EBP for non-forensic and forensic clients alike. To provide special educational awareness classes in the areas of cognitive skills, anger management, parenting, trauma, grief, stress management, and cognitive life skills based

**CREDENTIALS/ LICENSES:**

Texas State Board of Examiners of Professional Counselors
Licensed Professional Counselor – Texas License # 19411
Date Issued 4/19/2005, Expires 3/31/2019

Texas State Board of Examiners of Professional Counselor Supervisors
Licensed Professional Counselor – Supervisor Texas License # 3304 *changed to 19411 main Mental Health License*
Date Issued July 2007

Council on Sex Offender Treatment
Licensed Sex Offender Treatment Provider – Texas License # 99034
Approved Supervisor and Specialization in Juveniles
Date Issued 5/24/2005, Expires 9/30/2018

National Board for Certified Counselors
Nationally Certified Counselor – Certification # 206156
Date Issued 10/22/2006, Expires 3/31/2022

Association for the Treatment of Sexual Abusers ATSA
Clinical Member
Date Issued: February 9, 2007 to present

## EDUCATION:

*Master of Arts in Psychology*
Degree Conferred: November 2000
Houston Baptist University
Houston, Texas
Awards: Psi Chi Honor Society 1999
United States Achievement Academy 1999
Graduated with a cumulative GPA of 3.91
Dean's List 1999, 2000

*Bachelor of Arts in Psychology with a Minor in Child Development*
Degree Conferred: May 1998 Graduated with *Honors*
University of Texas at Austin
Austin, Texas
Awards: Golden Key National Honor Society 1998
National Society of Collegiate Scholars 1997
Dean's List 1996, 1997, 1998
National Dean's List 1998
College of Liberal Art Exemplary Scholarly Achievement 1997
College of Liberal Art Exemplary Scholarly Achievement 1998
The University of Texas at Austin College Scholar 1998

*Associate of Arts in Psychology*
Degree Conferred: May 1995 Graduated with *Honors*
North Harris Montgomery Community College District
Awards: Phi Theta Kappa 1994
Dean's List 1994 and 1995

## University Internships and Accomplishments

### University of Texas at Austin: Internship
*Texas Attorney General's Office Sexual Assault Services and Crime Prevention Unit*
Specific Duties: Traveled to Dallas Texas, to meet with the Probation Officer, Stefan Ateek who founded the very first Chaperone Training Program. My job was to assess and determine if victims' needs would be served for initial short-term funding purposes.

### University of Texas at Austin: Research Assistant
I worked under Dr. Catherine Surra as a research assistant for 3 semesters in a child development lab studying commitment to marry and factors related to successful family outcomes.

### University of Texas at Austin: Initiated Policy Change
I initiated Child Development Laboratory Change of Policy for undergraduate students observing developmental bathroom behaviors of children. Responsible for changing the protocol of undergraduates viewing the children in the child development lab restroom undress and go to the bathroom. Parents consented to UT students (in excess of 400 per semester) viewing these children through a special glass since the 1960's. Given my history in working with sexual assault, I went through the proper channels to argue how this was exploitive of children especially at the undergraduate training level and the potential risk of a child being assaulted if only in the mind of a college student.

### Houston Baptist University: Practicum
*Greater Houston Psychological Institute*. Dr. Karen Gollaher taught assessment and group therapy treatment to me utilizing both a cognitive behavioral and psychodynamic approach sex offender treatment.

### Houston Baptist University: Practicum
*University of Texas Medical Branch: Jester IV Psychiatric Prison*
Work as a group therapist utilizing a cognitive behavioral and psycho-educational approach with a population of inmates experiencing schizophrenia and mood disorders such as Bipolar I and Major Depression.

### Houston Baptist University: Personal Research Project
Thesis Research and Paper: Conducted correlation research on parental attachment patterns in a sex offender population. Sample was too small for significant findings.


**PAID WORK EXPERIENCE:**

**Transitions Counseling Center**                                   5/2005 to 2011
**Founder and Clinic Director,**
**Houston Transitions to Wellness & Counseling, Inc.**              1/2012 to present
Provide individual, group and family counseling services to children, adolescents and adults. Provide consultation and collaboration through Risk Assessments with CPS, Police, District Attorney's Office, parents, and caregivers in cases of sexualized children or sexual abuse cases.

Areas of specialty include: sex offenders (12 groups are offered weekly); anger management; mood disorders for children, adolescents, and adults; sexual obsessions including internet pornography, hyper-sexuality and infidelity, children sexually acting

out, sexually reactive children, and child and adult sexual abuse victimization issues, and self-injurious behaviors.

Clinical Director of Treatment Programs for sexual offenses which includes: Adult SOTP (including female group, low cognitive functioning, high cognitive diversity group, child pornography and a young offenders group) which treats adults for 3 to 5 five years prior to being moved to once a month follow-up.

Chaperone training for adults' which includes a combination of online course and in person Nationally Certified with HTWC and Limestone.

Adolescent program for juveniles who have committed sexual offenses is 1-2 years of treatment, and Chaperone Program workshops for individuals who help to supervise the minor within the community.

Develop the Psycho drama role plays according to each client for adults, conduct Real Colors workshops for juveniles and adults, and Empathy workshops for juvenile and adults.

Offer Consultation and Clinical Assessments of Risk in Criminal Proceedings and Civil Litigation.

Research interests in victim empathy among the sex offender population by utilizing an innovative experiential tool originally developed by victim services for developing victim empathy in non-offending professions working in the field.

**Fort Bend County Juvenile Probation Department                    10/2005 to present**
**Contract Vendor**
Provide assessments, individual and family counseling. Population includes juveniles who have committed sexual assaults, theft and physical violence. These services may be conducted in home or at the office at the request of the probation department. Sex offense specific counseling, behavior modification, and anger management are provided. Monthly reports and phone consults are also provided to the probation department. Provide LSOTP coverage for juvenile sex offenders when the Fort Bend County Juvenile Psychology Departments' Staff  LSOTP is unavailable. Provide all Chaperone workshops for caregivers of juveniles on SOTP caseload.

**Harris County Community Supervision and Corrections Department**
**Approved Non-Contract Service Provider                              3/2007 to present**
Provide group services for the following treatment programs:
Anger Management, Sex Offender, Accountability/Support Persons: Chaperone Training

**Greater Houston Psychological Institute                              6/2000 to 4/2006**
**Contract Therapist, LPC-Intern and LPC, LSOTP**

Provide individual, group and family counseling services for sex offenders and their victims and families.

I conducted five sex offender treatment groups, including a geriatric group, low functioning group, high functioning group, and two heterogeneous groups. I worked in individual sessions with female sex offenders who were at the time not appropriate for group counseling.

Conduct Forensic and Non-Forensic Psychological Screenings and Evaluations.

Provide on-going case management with Probation Departments including phone consultation, monthly documentation, yearly evaluations, individualized treatment plans, letters regarding probation condition violations or changes as needed by probation or the courts.

I had an excellent working relationship with Harris, Fort Bend, Galveston and Waller County Community Supervision and Corrections Departments during my six years working with Dr. Karen Gollaher.

*Houston Area Women's Center Rape Crisis Program*                                    1988-1992

I was mentored by Cassandra Thomas, the Senior Vice President of the Houston Area Women's Center. I worked as Outreach Services Coordinator working as a liaison with Rape crisis satellite offices, law enforcement, and hospitals in the surrounding Houston Area. I worked as Volunteer Services Coordinator managing 75 plus volunteers and helping to train them in the 40 hour training required for all volunteers to provide direct care to rape and incest victim survivors.

I was interviewed on various topics related to sexual assault and victimization by the television, print and radio media. This included Good Morning Houston, PBS: Health Matters, 20/20, local news, local newspaper and Texas Monthly Magazine.

Testified before the Texas Jurisprudence committee on the issues of "No good time for sex offenders incarcerated" and "Victim notification prior to sex offenders being released from prison." Worked with groups to change the law so that it was illegal to rape your spouse and so that hospitals would obtain funding for rape kits and not local law enforcement which eliminated the police in jurisdictions of small towns to refuse a rape kit to a victim and allowed the hospital to perform a rape kit evidence collection and exam with a SANE nurse.

I planned the 1991 "Take Back the Night March" for Sexual Assault Awareness month with the theme "Reclaiming our Children's Future Now". Responsibilities included engaging the diverse Houston community to participate in this event, locating a place, receiving permits, planning for speakers, music, and security at the Wall of Water and the walking route in the Galleria area.

**CONFERENCES ATTENDED:**

*Specialized Training Services* CE Provider # 1316
*The Sexually Violent Offender: Roy Hazelwood FBI (ret)*
Houston, Texas December 7-8, 2000 **Hours: 14**

*Specialized Training Services* CE Provider # 1316
*Child Sex Offenders on the Internet: Robert Farley, M.S.*
Houston, Texas December 13-14, 2000 **Hours: 14**

University of Houston: Council of Houston Area Training Sites
*Harris County Criminal Lawyers Assn. @ South Texas College of Law*
*Reliability of Children's Testimony: Dr. Stephen Ceci*
Houston, Texas May 17, 2001 **Hours: 6.5**

University of Houston: Council of Houston Area Training Sites
*Harris County Criminal Lawyers Assn. @ South Texas College of Law*
*Sexual Assault Litigation: Dr. Ken Waldman*
Houston, Texas May 18, 2001 **Hours: 6.5**

Sam Houston State University CE Provider # 1272-75
*Correctional Management Institute of Texas*
George J. Beto Criminal Justice Center
*12th Annual Conference on the Management of the Adult Sex Offender*
Galveston, Texas March 7-9, 2004 **Hours: 18**

*Specialized Training Services* CE Provider # 1316
*The Sexually Violent Offender: Roy Hazelwood (FBI) ret.*
Austin, Texas December 6-7, 2004 **Hours: 14**

*Specialized Training Services* CE Provider # 1316
*Sex Offenders and Victims: Dr. Anna Salter*
Austin, Texas December 9-10, 2004 **Hours: 14**

*Sue Clifford Seminars* CE Provider # 2146
*Starting a Counseling Private Practice Workshop*
Houston, Texas March 12, 2005 **Hours: 6**

*Seguin Family Institute* CE Provider # 1629
*Chaperone Training Basics*
Seguin, Texas March 25, 2005 **Hours: 7.5**

*Texas Association for Play Therapy* CE Provider # 1022
*Twelfth Annual Conference: Dr. Terri Kottman Adlerian Theory and Methods*
Houston, Texas April 8-10, 2005 Hours: 17.5

*Center for Sex Offender Management,* CSOM a division of the Bureau of Justice Assistance, Office of Justice Programs, United States Department of Justice; Texas Juvenile Probation Commission; Correctional Management Institute of Texas-Sam Houston State University; Texas Juvenile Probation Commission; Dallas County Juvenile Department
*Juvenile Sex Offender Assessment Protocol-II*: Dr. Sue Rightland Hours: 4
Promoting Community Safety, Victims Interests, and Offender Success: 1st annual Managing *Juveniles Who Have Committed Sex Offenses*    Hours: 16
Las Colinas, Texas June 1-3, 2005

*Association for Play Therapy,* Inc. International.
*The Annual Association for Play Therapy International Conference*
Nashville, Tennessee October 4-9, 2005 Hours: 38

*Specialized Training Serviced* CE Provider #1316 and #6095
*Risk Assessment of the Mentally Ill Individual: Dr. Michael Resnick*
November 30, 2005 Hours: 7

*Specialized Training Services* CE Provider# 1316 and #6095
*Violence Risk and Threat Assessment: Dr. Reid Meloy*
Austin, TX December 1-2, 2005 Hours: 14

*Specialized Training Services* CE Provider# 1316 and #6095
*Domestic Violence: New Perspectives on Assessment and Treatment*
*Presented by Dr. Donald Dutton*
Austin, TX December 4-5, 2005 Hours: 14

*CMI Education Institute* CE Provider #5637
*On Grief and Grieving: Finding the Meaning of Grief Through the Five Stages of Loss Dr. David Kessler*
Houston, Texas   March 27, 2006 Hours: 6

*Texas Association for Play Therapy* CE Provider #
**Thirteenth Annual Conference: Dr. R Van Fleet Filial Family Therapy**
Austin, Texas April, 2006 Hours: 14

Sam Houston State University CE Provider # 1272-75
*Correctional Management Institute of Texas*
George J. Beto Criminal Justice Center
Second Annual Conference on: Promoting Community Safety, Victims Interests, and Offender Success: Managing *Juveniles Who Have Committed Sex Offenses*

Curriculum Vitae for Donica Jones                                                                                              7

*Keynote: Dr. Phil Rich*
Austin, Texas July 5-7, 2006 Hours: 18

14th Annual Conference on Juveniles with Sexual Behavior Problems
*Council on Sex Offender Treatment*
*Keynote Speaker: Dr. John Hunter*
San Antonio, Texas July 23-26, 2006 Hours: 12.75

15th Annual Conference on the Management of Adults and Juveniles with Sexual Behavior Problems
*Council on Sex Offender Treatment*
*Significant Speakers: Dr. Jill Levenson; Dr. Judith Becker; and Dr. Michael Seto*
Austin, Texas February 17-20, 2007 Hours: 20.5

Sandtray-Worldplay Level I - Dynamic and Expressive Play Therapy Training
*Dr. Gisela Schubach De Domenico*
Portland, Maine May 16-20, 2007 Hours: 32

*University of Houston – Main Campus*
**Supervision Certification for Licensed Professional Counselors**
Houston, Texas June 8,9,10,22,23,24 of 2007 Hours: 40

Sam Houston State University CE Provider # 1272-75
*Correctional Management Institute of Texas*
George J. Beto Criminal Justice Center
**Third Annual Conference on *Juveniles Who Have Committed Sex Offenses***
San Antonio, Texas   June 17-20, 2007 Hours : 18

*PESI Institute*
**DSM-IV-TR Making Diagnosis Meaningful**
Houston, Texas June 21, 2007 Hours: 6.5

Sandtray-Worldplay Level II - Dynamic and Expressive Play Therapy Training
*Dr. Gisela Schubach De Domenico*
Oakland, California August 22-27, 2007 Hours: 32

**Association for the Treatment of Sexual Abusers (ATSA)**
*ATSA's 26th Annual Conference:  Partners, Policies, and Practices: Making Society Safer*
Adult Assessment Track SVR-20 and RSVP structured professional judgment instruments to predict sexual recidivism.
San Diego, California October 31-November 3, 2007 Hours: 18

*National Curriculum and Training Institute*
**Certified Cognitive Facilitator Training Crossroads**
Huntsville, Texas 5/11-15/09 Hours: 35

*National Training Curriculum*
**Certified Real Colors Facilitator**
Huntsville, Texas 5/11-15/09 Hours: 16

**Association for the Treatment of Sexual Abusers (ATSA)**
*ATSA's 28th Annual Conference*
Dallas, Texas September 29-October 3, 2009 Hours: 18

**Dr. Michelle May AIH Facilitator Training**
Conference Call Weekly 2 hours classes
March 3- July 9, 2010 Hours: 45
**Licensed Am I Hungry Workshop Facilitator**

**Spirituality and Supervision of LPC Ethical Issues**
Innovations Counseling and Consulting, Houston Texas #1124
September 2010, Hours 3

**Wellcoaches 14 week core curriculum**
07/15/201 weekly until 10/21/2010
Total Hours class, reading practice session Hours: 160

**Clinical Supervision of the LPC Intern: Administrative, Clinical, and Ethical Guidelines**
Innovations Counseling and Consulting, Houston Texas #1124
September 2010, Hours 3

**Personal Health and Hygiene: Qigong, Breathing Techniques and Healing Foods**
Scientific Fun, Houston Texas CE# 5857
March 7 and 8 of 2011, Hours: 12

**Forensic Psychophysiology**
*Ronald Russell Polygraph*
Harris County North Region Annex
Houston, Texas
February 17, 2011 Contact Hours: 2

**Male Serial Rapist: A Case Study**
*Texas Association Against Sexual Assault Diversity Task Force*
United Way Service Center, Houston Texas
July 22, 2011 Provider # CS 150 Contact Hours: 2

Clinical Supervision and Professional Development of the Counselor Supervisor
Innovations Counseling and Consulting, Houston Texas #1124
August 20, 2011, Hours 3

200 CYT Hour Certification Vinyasa Yoga Instructor
Cherry Blossom, Houston TX Yoga RYT approved school and instructor Sara Turk
April-May, 2012 Certification date 5.23.2012 Hours: 200

20th Annual Conference on the Management of Adults and Juveniles with Sexual Behavior Problems
Council on Sex Offender Treatment
Significant Speakers: Dr. Robert McGrath and Dr. Sue Rightland
Galveston, Texas March 4-6, 2012 Hours: 18.5
Offender 9, Victim 6, Ethics 3

Sam Houston State University CE Provider # 1272-75
Correctional Management Institute of Texas
George J. Beto Criminal Justice Center
9th Annual Conference on Juveniles Who Have Committed Sex Offenses
San Antonio, Texas   June 2-5, 2013 Hours : 19.5
Victim 3.5, Offender, 13, Ethics 3

Sam Houston State University CE Provider # 1272-75
Correctional Management Institute of Texas
George J. Beto Criminal Justice Center
10th Annual Conference on Juveniles Who Have Committed Sex Offenses
San Antonio, Texas   June 22-25, 2014 Hours : 19.5
Victim 3.5, Offender, 13, Ethics 3

11th Annual Conference on Juveniles Who Have Committed Sex Offenses
Galveston , Texas   June 7-10, 2015 Hours : 19.5
Victim 0, Offender 11.75, Ethics 3.5

Fly Gym Aerial Fitness Instructor Certified
Aerial yoga for trauma and ASD spectrum disorders
Portland Oregon 4.12.2015 Hours: 24

STATIC99-R Certified by Robin Wilson
MASOC-MATSA 4/13/2016
Marlborough, MA Hours: 6.5

STABLE-ACUTE-2007 Certified by Robin Wilson
MASOC-MATSA 4/14/2016
Marlborough, MA Hours: 6.5

*National Training Curriculum*
**Certified PREA Facilitator (Prison Rape Elimination Act)**
Huntsville, Texas 09/7-9/2016 Hours: 21

Sam Houston State University CE Provider # 1272-75
*Correctional Management Institute of Texas*
George J. Beto Criminal Justice Center
NATIONAL Adolescent Perpetrator Network co-sponsor
13th Annual Conference on *Juveniles Who Have Committed Sex Offenses*
New Braunfels, Texas   June  2016 Hours : 19.5
Victim 3.5, Offender, 13, Ethics 3

Sam Houston State University CE Provider # 1272-75
*Correctional Management Institute of Texas*
George J. Beto Criminal Justice Center
NATIONAL Adolescent Perpetrator Network co-sponsor
13th Annual Conference on *Juveniles Who Have Committed Sex Offenses*
SanAntonio, Texas   February 2017 Hours : 19.5
Victim 3.5, Offender, 13, Ethics 3

Sam Houston State University CE Provider # 1272-75
*Correctional Management Institute of Texas*
George J. Beto Criminal Justice Center
14th Annual Conference on *Juveniles Who Have Committed Sex Offenses*
San Antonio, Texas   Febuary 4-7, 2018 Hours : 19.5
Victim 3.5, Offender, 13, Ethics 3

**Mega Certification for Risk Instrument Adminsitration**
COSA training San Diego CA
May 8, 2018 Hours: 8

**ONLINE COURSES COMPLETED:**

**Texas State Board of Professional Counselors: Texas Jurisprudence Examination**
Department of State Health Services 2/2007 Hours: 3 Ethics

**Pearson Assessments: Validity Indicator Profile**
September 10, 2007 Hours: 4

Curriculum Vitae for Donica Jones                                                                                                                                11

Texas State Board of Professional Counselors: Texas Jurisprudence Examination
Department of State Health Services 3/31/2011 **Hours: 3 Ethics**

Texas State Board of Professional Counselors: Texas Jurisprudence Examination
Department of State Health Services 3/26/2013 **Hours: 3 Ethics**

Texas State Board of Professional Counselors: Texas Jurisprudence Examination
Department of State Health Services 3/31/2015 **Hours: 3 Ethics**

Texas State Board of Professional Counselors: Texas Jurisprudence Examination
Department of State Health Services 3/21/2017 **Hours: 3 Ethics**

Texas Council on Sex Offender Treatment State Board of Licensed sex Offender Treatment Providers: Texas Jurisprudence Examination for LSOTP new requirement as of 2016
Department of State Health Services 3/21/2017 **Hours: 3 Ethics**

**Clinical Supervision Models of Supervision: CEU 6 Hours 2011**

**Neari Press: Dr. David Prescott; Adolescent Empathy 8.2012 Hours: 3**

**Supervision: A guide for Mental Health Professionals- Revised 3/27/2013 Hours: 6**

**Supervision: A Guide for Mental Health Professionals 2/23/2015 Hours: 6**

**Ethics and Boundary Issues 2.23.2015   Hours: 3**

**Supervision: A guide for Mental Health Professionals- Revised with a cultural competency course   3/30/2017 Hours: 6**

## Current Community Involvement:

*Private Practice Clinician*                                              *2005 to present*
I have the opportunity to offer approximately $5,000 per year in pro-bono services to at risk children, families, and clients who are financially challenged.  Offer reduced fees or pro-bono services to military family members' who have a parent deployed.

Donate the following services of assessment and counseling silent auction items at various non-profit charitable events.  These Transitional Living Courses are offered in individual sessions ranging from 6-12 hours and includes testing and a book.

**Recent Professional Volunteerism:**

**American Foundation for Prevention of Suicide AFSP**    2014-Present
Team for community walk 2014
Team for community Walk 2015
Bronze Level Sponsor corporately for Community Walk 2015
AFSP financial support donations
AFSP free support group from 2016-2018

**Give An Hour**    2011-Present
Provide free mental health services to military active and non-active duty and their family members. Deal with Trauma specific to returning after deployment and aftermath of veteran suicide.

**Co-Sponsor for MATSA conference Marlborough MA**    2016

**National Center for Missing and Exploited Children**    2016-Present

**The Women's Fund-Healthcare and education for high risk**    2015-2017

**Co-Sponsor Neari webinars for professionals**    2015-2017

**Paying it Back to our Vets Denver CO**    2015
Corporate Sponsor of event for raising monies for treatment services to returning vets.

*Texas ATSA*    *2007 to 2010*
Membership Chair and Chair of Website Development
Secretary Board of Directors through October 2010

*Texas ATSA*    *2007 to 2009*
Serve on the Conference Planning Committee for the following three conferences which Texas ATSA is Co-Sponsoring: 1) Sam Houston State University Correctional Management Institute The 3rd Annual Juvenile Sex Offender Management Conference in San Antonio, Texas on June 17-20, 2007; 2) National Adolescent Perpetrator Network (NAPN) Conference in San Antonio, Texas during May 2009; 3) Annual ATSA Conference in Dallas, Texas during November of 2009.

*Texas Exes Alumni*    *2007 to present*
Offer Student and Career Mentoring to students or graduates of The University of Texas who are interested in pursuing a career in Counseling Psychology and or Private Practice.

## PAST COMMUNITY SERVICE:

***Houston Area Women's' Center Rape Crisis Program*** 7 years   1985-1991; 1994-1995
Volunteered answering 24 hours rape crisis hotline, worked as a Personal Accompaniment Volunteer which included going to the hospital when a rape victim was brought in to the emergency room, facilitated "survivors" and "friends and family" support groups for adult and adolescent rape survivors, provided individual counseling to male rape survivors.

***Texas Association Against Sexual Assault (TAASA)*** 3 Years    1991-1993
I served on the Board of Directors for two terms, which included Regional D Representative for Texas and as Treasurer.

***Conference Committees*** and attended four state TAASA Conferences  1988-1991
National Coalition Against Sexual Assault Conference in Washington DC  1991


***Exchange Club***                                              2006 to July 2007
Serve on the Board of Directors for Greater Katy Exchange Club. This is a service organization promoting child abuse prevention, community service, youth programs, and Americanism.

Attend various festivals in order to promote child abuse prevention and assist the Constable's Office in locating parents whose children have not yet been fingerprinted in case their child ever becomes missing.

Serve as the Committee Chair for the 2006-2007 Child Abuse Prevention Program. Our focus was going into the schools to teach the student body and (Teenage mothers) about Shaken Baby Syndrome.

Serve on the Annual Fundraising Committee to raise monies for various charities within the Greater Katy Area in addition to funding the Escape Center of Houston which offers various parenting classes to children and parents at risk in order to prevent abuse. All services offered are free of charge except in instances where the parent is court-ordered and these individuals do pay a fee for services.

Provide monthly Birthday presents to residents of Krause Center. This is a locked down residential treatment facility for abused children whose parents' rights have been terminated. During their time in foster care/social services these kids have unfortunately become a part of the juvenile justice system.

**Current Professional Associations:**
The Association for the Treatment of Sexual Abusers (ATSA) - Clinical Member
Texas ATSA – Clinical Member
National Board for Certified Counselors- Clinical Member
Texas Association Against Sexual Assault (TAASA) – Member
American Association of Probation and Parole
BBB member for over 5 years with A rating