UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-20377-BLOOM

UNITED STATES OF AMERICA

vs.

JAMES TUCKER KORNHAUSER,

    Defendant.
_____/

## NOTICE ON FORFEITURE

The United States of America, through the undersigned Assistant United States Attorney, hereby provides notice of filing a preliminary order of forfeiture.

On June 6, 2024, the Court sentenced the Defendant, James Tucker Kornhauser. At the sentencing hearing, the Court imposed on the Defendant a forfeiture of property consistent with the plea agreement [ECF No. 36]. *See* Plea Agreement ¶ 9–11. The Court further ordered the United States to file a proposed forfeiture order within three days of entry of the sentencing hearing.

The Defendant agreed to waive any applicable time limits for administrative forfeiture proceedings. *See id*. at ¶ 10. As such, the Government is not pursing federal judicial forfeiture at this time and, instead, will pursue administrative forfeiture proceedings against any electronics seized from the Defendant.

Respectfully submitted,

**MARKENZY LAPOINTE**
**UNITED STATES ATTORNEY**

By:    *s/ Mitchell E. Hyman*
       Mitchell Evan Hyman
       Assistant United States Attorney
       Florida Bar No. 125405
       U.S. Attorney's Office
       99 N.E. 4th Street, 7th Floor
       Miami, Florida 33132-2111
       Telephone: (305) 961-9283
       E-mail: Mitchell.Hyman@usdoj.gov