UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cr-20377-BB-1

UNITED STATES OF AMERICA,
    Plaintiff,

v.

TUCKER JAMES KORNHAUSER,
    Defendant.
_____/

### UNOPPOSED MOTION TO ALLOW DEFENDANT TO SURRENDER TO U.S. MARSHAL'S OFFICE IN GEORGIA

COMES NOW the Defendant, TUCKER JAMES KORNHAUSER, by and through the undersigned attorney, files this, Motion in the above-styled cause and in support thereof says:

1. That on or about June 6, 2024, Defendant was sentenced in this matter that orders Defendant to travel to Miami, Florida to surrender to U.S. Marshal's Office by 12:00 p.m. on July 5, 2024.

2. That to Defendant's knowledge, the facility has not been designated as of yet and Defendant's parents are requesting this Court allow Defendant to surrender to U.S. Marshal's Office in Georgia where they currently reside.

3. That since Defendant's parents would be responsible for driving Defendant to Miami, Florida, long distance travel creates an undue hardship to them as Defendant cannot drive himself and is unable to fly due to significant mental health issues.

4. That Assistant United States Attorney, Audrey Pence Tomanelli, Esq., has no objection to allowing Defendant to surrender to U.S. Marshal's Office in Georgia.

5. That the undersigned attorney assures the Court that this motion is filed in good faith.

WHEREFORE, the Defendant respectfully requests the Court allow Defendant to surrender to U.S. Marshal's Office in Georgia.

Date: July 3, 2024                                                  Respectfully submitted,

/s/ *Brett Schwartz*
BRETT M. SCHWARTZ, ESQ.
bschwartz@defendyourcase.com
Florida Bar No. 150680
HAGER & SCHWARTZ, P.A.
110 SE 6th Street, Suite 1715
Fort Lauderdale, FL 33301
Telephone: (954) 533-3696
Facsimile: (888) 633-7595
Attorney for Defendant/Kornhauser

### SERVICE LIST

Audrey Pence Tomanelli, Esq.
audrey.pence.tomanelli@usdoj.gov
United States Attorney's Office

I HEREBY CERTIFY that on the 3rd day of July 2024, the undersigned electronically filed the foregoing document with the Clerk of Court using CM/ECF.

/s/ *Brett Schwartz*
BRETT M. SCHWARTZ, ESQ.